# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**AVI KOREN**
    **And**
**ARLIELA KOREN**
**109 Haha Klay Street**
**Menahamia, Israel 14945**
    **And**
**KORIN BADINI**
**Mother And Next Friend Of**
**LIAT BADINI  And LINOY BADINI**
**115 Benia Drive**
**Concord, Ontario L5K34K**
**Canada**

        **Plaintiffs**

      **v.**                                                                                  **Civil #_____**

**CHRISTINE ALICE YOUNG**
**530 N Street, SW**
**Apt.# 5709**
**Washington, DC 20024**

        **Defendant**

## COMPLAINT
### Negligence - Personal Injury

1. The Court has jurisdiction of this matter in accordance with the provisions of 28 United States Code Section 1332. The Plaintiffs, Avi Koren and Ariela Koren, are residents of and citizens of the State of Israel. The Plaintiffs, Korin Badini, Liat Badini and Linoy Badini, are residents of and citizens of the Province of Ontario, Canada. The Defendant, Christine Alice Young, is a citizen of and a permanent resident of the State of Ohio, and is a present resident of the District of Columbia. The amount in controversy is in excess of

$75,000.00.

2. On or about July 3, 2005, the Plaintiffs, Avi Koren, Ariela Koren, Korin Badini, Liat Badini and Linoy Badini were customers of the Kentucky Fried Chicken Restaurant located at 1101 South Capitol Street, NW, Washington, DC 20003. At approximately 7:30 p.m. Defendant, Christine Alice Young, was stopped in her vehicle, to wit, a 1996 Green Four Door Honda Accord Bearing Ohio license plate #AR60GA. Said Defendant pushed down on the accelerator of the vehicle while it was in reverse causing the vehicle go out of control and to crash through a sign, through a window and into the interior of the restaurant striking Plaintiffs, Avi Koren, Liat Badini and Linoy Badini, inflicting severe physical injuries upon them.

3. The Defendant, Christine Alice Young, was negligent in the following particulars, which negligence was the proximate cause of the occurrence above described which occurrence was not caused by any negligent act on the part of the Decedent:

a. She failed to keep proper control of her vehicle in a reasonable and prudent manner as required by Section CDCR 18-2200.3 of the District of Columbia Traffic Regulations;

b. She failed to act in accordance with reasonable safety to ascertain the presence of the Plaintiffs within the restaurant and stop her vehicle within time to avoid injury to the Plaintiffs, Avi Koren, Liat Badini and Linoy Badini in violation of Section 18-2206.1;

c. She operated her vehicle at an excessive rate of speed for the conditions then and there existent in violation of Section CDCR 18-2200.3 of the District of Columbia Traffic Regulations;

d. She failed to pay full time and attention to the performance of the duties required of a motor vehicle operator as required by Section CDCR 18-2213 of the District of Columbia Traffic Regulations.

## COUNT I – Claim Of Avi Koren
## Negligent Operation of a Motor Vehicle
## Resulting in Personal Injury

6. Plaintiff, Avi Koren, repeats and re-alleges each and every allegation set forth above with like effect as if alleged herein.

7. As a direct and proximate result of the Defendant Christine Alice Young's negligence, Plaintiff, Avi Koren, who was at all times exercising reasonable care for his own safety, was caused to suffer severe, multiple physical injuries resulting in severe and permanent disability, pain, suffering and pecuniary loss which includes medical, hospital and physicians charges and the amounts which have would have earned over his lifetime. Avi Koren has thereby suffered damages in the amount of $ 5,000,000.00.

**WHEREFORE,** Plaintiff, Avi Koren, demands judgment against the Defendant, Christine Alice Young, in the amount of **FIVE MILLION DOLLARS ($5,000,000.00),** plus costs.

## COUNT II – Claim of Ariela Koren
## Loss of Consortium

8. Plaintiff, Ariela Koren, repeats and re-alleges each and every allegation set forth above with like effect as if alleged herein.

9. As a further direct and proximate result of the Defendant Christine Alice

Young's negligence, Plaintiff, Ariel Koren, the spouse of Plaintiff, Avi Koren, was caused to sustain a loss of services, love and affection of the Avi Koren and suffered a loss of consortium to the detriment of the marital relationship and has suffered damages in the amount of $200,000.00.

**WHEREFORE,** Plaintiff, Ariel Koren, demands judgment against the Defendant, Christine Alice Young, in the amount of **TWO HUNDRED THOUSAND DOLLARS ($200,000.00)**, plus costs.

### COUNT III – Claim Of Korin Badini
### As Mother and Next Friend Of Liat Badini
### Negligent Operation of a Motor Vehicle
### Resulting in Personal Injury

10. Plaintiff, Korin Badini, as Mother and Next Friend of Liat Bandini, repeats and re-alleges each and every allegation set forth above with like effect as if alleged herein.

11.    As a direct and proximate result of the Defendant's negligence, Liat Badini, who was at all times exercising reasonable care for his own safety, was caused to suffer severe, multiple physical injuries resulting in pain, suffering and pecuniary loss which includes medical, hospital and physicians charges. Liat Badini and his Mother, Korin Badini on his behalf has thereby suffered damages in the amount of $ 100,000.00.

**WHEREFORE,** Plaintiff, Korin Badini, as Mother and Next Friend of Liat Badini, demands judgment against the Defendant, Christine Alice Young, in the amount of **ONE HUNDRED THOUSAND DOLLARS ($100,000.00),** plus costs.

### COUNT IV – Claim Of Korin Badini
### As Mother and Next Friend Of Linoy Badini
### Negligent Operation of a Motor Vehicle
### Resulting in Personal Injury

12. Plaintiff, Korin Badini, as Mother and Next Friend of Linoy Bandini, repeats and re-alleges each and every allegation set forth above with like effect as if alleged herein.

11.    As a direct and proximate result of the Defendant's negligence, Linoy Badini, who was at all times exercising reasonable care for his own safety, was caused to suffer severe, multiple physical injuries resulting in pain, suffering and pecuniary loss which includes medical, hospital and physicians charges. Liat Badini and his Mother, Korin Badini on his behalf has thereby suffered damages in the amount of $ 100,000.00.

**WHEREFORE,** Plaintiff, Korin Badini, as Mother and Next Friend of Linoy Badini, demands judgment against the Defendant, Christine Alice Young, in the amount of  **ONE HUNDRED THOUSAND DOLLARS ($100,000.00), plus costs.**

**Date: May 19, 1999**                                     **Respectfully submitted,**

                                                          **THOMAS FORTUNE FAY, P.A.**

                                                          *Thomas Fortune Fay*
                                                          **THOMAS FORTUNE FAY (U.B.#23929)**
                                                          **601 Pennsylvania Avenue, NW**
                                                          **#900 - South Building**
                                                          **Washington, D.C.  20004**
                                                          **(202) 638-4534**
                                                          **Attorney for Plaintiffs**

## **DEMAND FOR JURY TRIAL**

Plaintiffs herewith demand trial by jury as to all issues.


                                                *Thomas Fortune Fay*_____
                                                **THOMAS FORTUNE FAY**