```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

AVI KOREN, et al.              :
                               :
     Plaintiffs,               :
                               :
v.                             :  Case No: 1:06CV01653
                               :
CHRISTINE ALICE YOUNG          :
530 N Street, N.W.             :
Apt. S709                      :
Washington, D.C.               :
                               :
     Defendant.                :
```

## ANSWER

COMES NOW the Defendant, Christine Alice Young, by counsel, Timothy E. Howie and the law firm of HARTEL, KANE, DeSANTIS, MacDONALD & HOWIE, LLP, and answers the Complaint of Plaintiff Avi Koren, Plaintiff Arliela Koren, and Plaintiff Korin Badini, Mother and Next Friend of Liat Badini and Linoy Badini:

1. Defendant Christine Young (hereinafter "Defendant") generally denies that she is liable to the Plaintiffs.

2. Defendant generally denies all allegations of the Complaint except those specifically admitted in this Answer.

3. Defendant reserves the right to rely on any and all defenses available to Defendant which are revealed through discovery or investigation or otherwise.

4. Defendant may rely on the defense of failure to state a claim upon which relief may be granted.

5. Defendant may rely on the defense of bar by statute of limitations.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
5301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

6. Defendant may rely on the defense of contributory negligence.

7. Defendant may rely on the defense of imputed contributory negligence.

8. Defendant may rely on the defense of assumption of the risk.

9. Defendant may rely on the defense of sudden emergency.

10. Defendant may rely on the defense of unavoidable accident.

11. Defendant may rely on the defense of failure to mitigate damages.

12. With regard to the numbered paragraphs/averments of the Complaint, Defendant states:

Paragraph 1:  Pursuant to FRCP 8, the Defendant states that the Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

Paragraph 2:  Pursuant to FRCP 8, the Defendant states that the Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the first sentence of this paragraph.  The averments of the second sentence of this paragraph are admitted.  The averments of the third sentence of this paragraph are denied as worded.



HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Capital Office Park
5301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205



HÁRTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

Paragraph 3:   Denied at the time of the preparation of this answer by the Defendant's attorney.

Paragraph 4:   The Complaint does not contain a paragraph no. 4.

Paragraph 5:   The Complaint does not contain a paragraph no. 5.

Paragraph 6:   See responses above.

Paragraph 7:   Pursuant to FRCP 8, the Defendant states that the Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the first sentence of this paragraph.

Paragraph 8:   See responses above.

Paragraph 9:   Pursuant to FRCP 8, the Defendant states that the Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the first sentence of this paragraph.

Paragraph 10:   See responses above.

Paragraph 11:   Pursuant to FRCP 8, the Defendant states that the Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the first sentence of this paragraph.

Paragraph 12:    See responses above.

Paragraph 11:    The paragraph immediately after paragraph no. 12 is numbered as paragraph no. 11. With regard to that second paragraph no. 11, pursuant to FRCP 8, the Defendant states that the Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of the first sentence of this paragraph.

WHEREFORE, Defendant requests judgment in Defendant's favor, with costs.

                Respectfully Submitted,

                /s/
                _____
                Timothy E. Howie, Esq.
                D.C. Bar No. 425029
                HARTEL, KANE, DeSANTIS,
                 MacDONALD & HOWIE, LLP
                Capital Office Park
                6301 Ivy Lane, Suite 800
                Greenbelt, Maryland 20770
                Telephone: (301) 486-1200
                Facsimile: (301) 486-0935
                Counsel for Defendant



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Capital Office Park
6301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __30__ day of __October__, 2006 I served a copy of the foregoing by first class U.S. mail to:

Thomas Fortune Fay, Esq.
601 Pennsylvania Avenue, NW
#900 South
Washington, DC 20004

/s/
_____
Timothy E. Howie, Esq.

E:\TEH\Koren v. Young\Answer.10.30.06.wpd
Our File No. 0548/0134



Hartel, Kane, DeSantis,
MacDonald & Howie, LLP
Capital Office Park
5301 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205