# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AVI KOREN, et al.

    Plaintiffs,

v.

    Case No. 1:06CV01653
    Judge Colleen Kollar-Kotelly

CHRISTINE ALICE YOUNG

    Defendant.

## ORDER

Upon consideration of Plaintiffs' Consent Motion to Appoint Mark Guenther as a Commissioners of this Court and Plaintiff's Memorandum in Support thereof, it is this 8th day of Feb., 2007

**ORDERED**, that Mark Guenther, residing at 7529 McWhorter Place, Suite 303, Annandale, VA 22003, pursuant to the provisions of Federal Civil Rule 28(b), be and he hereby is appointed a Commissioner of this Court for the purposes of administering oaths and taking testimony.

                                                           _____
                                                           Judge Colleen Kollar-Kotelly
                                                           United States District Judge

**COPIES TO:**
Thomas Fortune Fay, Esq.
601 Pennsylvania Avenue, NW
#900 – South
Washington, DC 20004

Timothy E. Howie, Esq.
Hartel, Kane, De Santis
Mac Donald & Howie, LLP
6301 Ivy Lane, #800
Greenbelt, MD 20770

Deposition Schedule

| Name | Date |
|---|---|
| (1)Christine Alice Young | Monday, March 5, 2007 |
| (2)Officer T. Lyons | Tuesday, March 6, 2007 |
| (3)Officer R. S. Khoury | Tuesday, March 6, 2007 |
| (4)Avi Koren | Monday, March 19, 2007 |
| (5)Arliela Koren | Tuesday, March 20, 2007 |
| (6)Yodi Badani | Tuesday, March 20, 2007 |