UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**AVI KOREN,** *et al.,*

    **Plaintiffs,**

    v.

**CHRISTINE ALICE YOUNG**

    **Defendants.**

Civil Action No.: 1:06cv01653
(CKK/JMF)
Next Event:   Discovery Complete
July 9, 2007

### CONSENT MOTION TO EXTEND DISCOVERY·

Plaintiff, Avi Koren, et al., by and through undersigned counsel, Thomas Fortune Fay, and with consent of defendant, hereby moves this Court to grant an extension of discovery. As reasons therefore the plaintiff represent as follows:

1. Discovery in the action closes on July 9, 2007.

2. Due to the press of other matters and scheduling conflicts, including an additional issue as to the Plaintiffs future health, the parties will be unable to complete discovery by the expiration date. Therefore, this defendant respectfully requests a sixty (60) day extension of the discovery schedule from July 9, 2007, to August 1, 2007.

3. The additional time is necessary due to the fact that the Plaintiff has been diagnosed with diabetes and it has become necessary for counsel (Plaintiff and Defendant) to conduct research and possible use of addition expert witnesses on the issue of trauma/injury induced diabetes.

4. This Motion is the first request for an extension of time to complete discovery.

5. The Defendant is not prejudiced by the granting of this Motion.

6. Federal Rules of Civil Procedure 6(b) provides that the Court for cause shown may at any time in its discretion order the period enlarged if request therefore is made before the expiration of the period originally prescribed or extended by a previous order.

7. This motion is filed prior to the expiration of the prescribed period and is for good cause shown.

8. The Parties asks that the following schedule govern discovery in this litigation:

| **PROPOSED DISCOVERY SCHEDULE** | **PROPOSED DATE** |
| --- | --- |
| **PROPONENT'S RULE 26(A)(2)(B)** | **August 1, 2007** |
| **OPPONENT'S RULE 26(a)(2)(B)** | **October 1, 2007** |
| **DISCOVERY CLOSED** | **December 1, 2007** |
| **DEADLINE FOR FILING MOTIONS** | **set at status hearing** |
| **DISPOSITIVE MOTIONS DECIDED** | **To be set by the Court** |
| **MEDIATION** | **already done and continuous** |
| **FINAL STATUS CONF.** | **To be set by the Court** |

WHEREFORE, for the reasons stated herein, plaintiff requests an extension of time to complete discovery.

Dated: July 6, 2007

Respectfully submitted,

*Thomas Fortune Fay*
Thomas Fortune Fay
Attorney for Plaintiff
700 Fifth Street, NW #200
Washington, DC 20001
202-589-1300

## RULE 12-I CERTIFICATE

On June 29, 2007, undersigned counsel obtained defendant's consent to the filing of this motion and the relief requested herein.

                                                                                *Thomas Fortune Fay*
                                                                                Thomas Fortune Fay
                                                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion to Extend Discovery, the supporting memorandum, and proposed order, was sent by first class mail, postage prepaid, this 6th day of July, 2007, to:

Timothy E. Howie
Hartel, Kane, DeSantis, MacDonald & Howie
6301 Ivy Lane, Suite 800
Greenbelt, MD 20770

                                                *Thomas Fortune Fay*
                                                Thomas Fortune Fay
                                                Attorney for Plaintiff
                                                700 Fifth Street, NW #200
                                                Washington, DC 20001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AVI KOREN, *et al.*,

    Plaintiffs,

    v.

CHRISTINE ALICE YOUNG

    Defendants.

Civil Action No.: 1:06cv01653
(CKK/JMF)
Next Event: Discovery Complete
July 9, 2007

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
CONSENT MOTION TO EXTEND DISCOVERY

In support of its Consent Motion to Extend Discovery, this plaintiff cites and relies upon the following authorities:

1. Federal Rules of Civil Procedure 6(b).

2. The inherent powers of this Court.

3. The reasons stated in the Plaintiff's Consent Motion to Extend Discovery.

4. The record herein.

        Respectfully submitted,

        *Thomas Fortune Fay*
        Thomas Fortune Fay
        Attorney for Plaintiff
        700 Fifth Street, NW #200
        Washington, DC 20001
        202-589-1300
        Fax 202-589-1721

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**AVI KOREN,** *et al.,*

    Plaintiffs,

    v.

**CHRISTINE ALICE YOUNG**

    Defendants.

Civil Action No.: 1:06cv01653
(CKK/JMF)
Next Event: Discovery Complete
July 9, 2007

### ORDER

Upon consideration of the Plaintiff's, Avi Koren, et al., Consent Motion to Extend Discovery, it is hereby,

**ORDERED**: that the Consent Motion to Extend Discovery is **GRANTED**; and it is,

**FURTHER ORDERED:** that discovery shall be completed according to the schedule below.

| DISCOVERY SCHEDULE: | DATE |
| --- | --- |
| PROPONENT'S RULE 26(A)(2)(B) | August 1, 2007 |
| OPPONENT'S RULE 26(a)(2)(B) | October 1, 2007 |
| DISCOVERY CLOSED | December 1, 2007 |
| DEADLINE FOR FILING MOTIONS | set at status hearing |
| DISPOSITIVE MOTIONS DECIDED | To be set by the Court |

| | |
|---|---|
| **MEDIATION** | already done and continuous |
| **FINAL STATUS CONF.** | To be set by the Court |

**SO ORDERED** this _____ day of _____, 2006.

_____
**The Honorable Judge Kollar-Kotelly
United States District Court for the
District of Columbia**

**Copies to:**

Timothy E. Howie
Hartel, Kane, DeSantis, MacDonald & Howie
6301 Ivy Lane, Suite 800
Greenbelt, MD 20770

Thomas Fortune Fay
700 Fifth Street, NW #200
Washington, DC 20001