UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AVI KOREN, et al.              :
                               :
        Plaintiffs,            :
                               :
v.                             :    Case No: 1:06CV01653 (CKK/JMF)
                               :
CHRISTINE ALICE YOUNG          :
                               :
        Defendant.             :

**DEFENDANT YOUNG'S SUPPLEMENTAL RULE 26(a)(2)(B) DISCLOSURE**

Defendant Christine Alice Young, by and through counsel, hereby files her supplemental Rule 26(a)(2)(B) disclosure in accordance with the court's scheduling order and identifies the following expert:

1.   Richard Berg, M.D.
     10755 Falls Road, Suite 450
     Lutherville, MD 21093

Dr. Berg is board certified in internal medicine and is in private practice in Lutherville, Maryland. Dr. Berg's qualifications are set forth in his curriculum vitae, a copy of which is attached hereto as Exhibit A.

Dr. Berg is identified as an expert to testify at deposition and in trial regarding causation and damages with regard to Plaintiff Avi Koren's alleged injuries of hypertension, diabetes, tachycardia and sexual impotence. Dr. Berg's opinions are contained in a report dated September 18, 2007, attached hereto as Exhibit B and incorporated herein by reference. Dr. Berg was paid $400/hour for reviewing Mr.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

Koren's medical records and discovery documents. Dr. Berg's opinions regarding Mr. Koren are based on his review of Mr. Koren's medical records, relevant deposition testimony and documents available through discovery, as well as his training, knowledge, background and expertise.

Dr. Berg may address and/or rebut any testimony provided by Mr. Koren's experts regarding causation and/or damages.

A list of Dr. Berg's publications within the last ten years, as well as a list of all cases in which Dr. Berg has testified at trial or in deposition within the last four years will be provided.

Defendant further incorporates her original expert designation filed on June 8, 2007, as if set forth fully herein.

Defendant reserves her right to supplement this designation should Mr. Koren return to the United States and undergo an independent medical examination with Dr. Berg.



Respectfully Submitted,

_Timothy E. Howie_
Timothy E. Howie, Esq.
D.C. Bar/Federal No. 425029
HARTEL, KANE, DeSANTIS,
 MacDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Dr., Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
Counsel for Defendant

HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___1st___ day of ___October___, 2007, I served a copy of the foregoing by first class U.S. mail to:

Thomas Fortune Fay, Esq.
601 Pennsylvania Avenue, NW
#900 South
Washington, DC 20004

_____
Timothy E. Howie, Esq.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

E:\TEH\Koren v. Young\Expert Designation(Berg).wpd