Curriculum Vitae
Richard A. Berg, M.D.

Date of Birth: 11/11/49

Birthplace: Gettysburg, Pennsylvania

Home Address: P.O. Box 273

Stevenson, Md. 21153-0273

Office Address: 10755 Falls Rd., Suite 450; Lutherville, Md. 21093

Office Telephone & Fax: 410-583-2711; 410-583-2718

Office e-mail: **drsbergwen@gmail.com**

Marital Status: Married to Julia Y. Wen, M.D. 6/28/78

Children: Edward Berg, born 11/28/84

Alice Berg, born 3/3/88

Citizenship: U.S. Citizen

Education: 1964-1967 Deerfield Academy, Deerfield, Mass.

1967-1971 B.A., Williams College, Williamstown, Mass.

1971-1975 M.D. Cornell University Medical School, N.Y.C., N.Y.

1975-1976 Medical intern, Johns Hopkins, Baltimore, Md.

1976-1977 Medical resident, Barnes Hospital, St. Louis, Mo.

1977-1980 Fellow LCI/NIAID, NIH, Bethesda, Md.

Boards: Internal Medicine, 1978

Infectious Diseases, 1980

Honors: Golden Apple, Sinai Hospital of Baltimore, 1983

Top Doctors, Baltimore Magazine, 1997, 2000, 2003, 2005

Best Internists of America, Town & Country Magazine, 2000

Societies: Infectious Disease Society of America

Professional Appointment: Assistant Clinical Professor, Johns Hopkins

Present Position: 1980 – Present, Private practice in Baltimore, Md.


DEFENDANT'S EXHIBIT A

Committees: Chief, Infectious Diseases, Northwest Hospital Center

Member, Infectious Diseases, Sinai Hospital

Current Hospital Affiliations: Sinai Hospital of Baltimore

Northwest Hospital Center

Johns Hopkins Hospital

Publications:

1. Corynebacterium equi Infection complicating neoplastic disease, Am.J.Clin.Path., July 1977, 73-77.

2. Detection of Candida antigen in the sera of patients with Candidiasis by an ELISA inhibition technique, J.Clin.Micro., July, 1979, 116-120.

3. Enzyme-linked immunoassay (ELISA) for connective tissue components, Anal.Biochem, May, 1980, 205-214.

4. New enzyme immunoassays for measurement of Influenza A/Victoria/3/75 virus in nasal washes, Lancet, April, 1980, 851-853.

5. Fluorometric assay for measurement of viral neuraminidase—application to the rapid detection of Influenza virus in nasal wash specimens, J.Inf.Dis., October, 1980, 516-523.

6. Use of ELISA inhibition techniques for typing Streptococcus pneumoniae, J.Cl.in.Micro.

7. Osteomyelitis. The Johns Hopkins Medical Grand Rounds Tapes, volume X, Program 1, 1983.

8. AIDS in a hospital worker, Lancet, March 24, 1984, 676.

9. Case report 291, diagnosis of Candida discitis and vertebral osteomyelitis from hematogenous spread, Skeletal Radiology, volume 12, 1984, 284-287.

10. Vasculitis in a suspected AIDS Patient, Southern Medical Journal, volume 79, 1986, 914.

11. Impaired immune response of splenectomized patients to polyvalent pneumococcal vaccine, Lancet, April 11, 1981, 804-807.

12. Erysipelothrix rhusiopathiae, Southern Medical Journal, volume 77, 1984, 1614.

13. Candida glabrata meningitis, Southern Medical Journal, volume 79, 916.