Richard A. Berg, M.D.
Suite 450; 10755 Falls Road
Lutherville, Md. 21093
September 18, 2007

Dana K. Schultz, Esq.
Hartel, Kane, Desantis, MacDonald & Howie, L.L.P.
Calverton Office Park; 11720 Beltsville Drive, Suite 500
Beltsville, Md. 20705
   Re: Avi Koren, et.al., v. Christine Alice Young
   U.S. District Court for the District of Columbia
   Case No.: 1:06 cv 01653
   Insured: Christine Alice Young
   Claim No.: L290502731/E290504171
   Date of Loss: 7/3/05
   HK File No.: 0548/0204

Dear Ms. Schultz:

Thank you for sending me records of Mr. Avi Koren, DOB 9/14/63. I have had a chance to review the medical records from Washington Hospital Center and from Israel generated since his accident on 7/3/05, as well as to review his deposition testimony from May 16, 2007.

Briefly, Mr. Koren was dining in a fast food restaurant on July 3, 2005, when a car crashed through the building where he was dining, pinning him between the car and the table. He was left with a transverse colon injury which required resection at hospital. He had further leak from the colon further requiring a hemicolectomy with end ileostomy. After leaving the United States, while back in Israel, he had three procedures to drain intra-abdomenal abscesses before having his ileostomy reversed in February, 2006. At this time, he claims he is unable to perform any physical work, as well as claiming diarrhea, sexual impotence, and psychiatric issues. In the past year, he has also developed type 1 diabetes mellitus, hypertension, and tachycardia.

There is no medical basis for Mr. Koren's claims that hypertension, tachycardia or type 1 diabetes mellitus are a direct result of his injury incurred on 7/3/05. Hypertension and diabetes are not felt to be rarely the result of trauma, and only when renal arteries and pancreas are directly injured, which was not the case for Mr. Koren. Tachycardia is an easily managed medical problem with numerous causes, but not from healed bowel injuries. Hence, I do not believe that Mr. Koren's injury was a proximal cause of his current medical claims. I might add that sexual impotence is common with antihypertensive agents and with type 1 diabetes mellitus, and hence not caused by Mr. Koren's accident. Mr. Koren's diarrhea and psychiatric issues might also be easily addressed, should he seek care for these issues.

Please contact me if I can be of further assistance.

Sincerely,

Richard A. Berg, M.D.



DEFENDANT'S EXHIBIT B