UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AVI KOREN, et al.           :
                            :
    Plaintiffs,             :
                            :
v.                          :   Case No: 1:06CV01653
                            :   (CKK/JMF)
CHRISTINE ALICE YOUNG       :
                            :
    Defendant.              :

### JOINT MOTION FOR APPROVAL OF MINOR SETTLEMENTS

COME NOW the parties, by undersigned counsel, and pursuant to District of Columbia Code § 21-120(a) move the this Court to approve the settlement of the claims of the minors, Linoy Badini and Liat Badini, and to approve the full acquittance and release of all liability provided by Korin Badini, mother and next friend of Linoy Badini and Liat Badini. In support thereof, the parties state:

1. This is a personal injury action arising out of an auto accident that occurred on or about July 3, 2005. Plaintiff Korin Badini, as mother and next friend of Linoy Badini and Liat Badini, has asserted claims against Defendant Young on behalf of the aforementioned minors. The claims of the minors are the sole subject of this motion.

2. The claims of minor, Linoy Badini, have been settled by the Defendant's insurance carrier, Amica Mutual Insurance Company. The total gross amount of the settlement is thirty thousand dollars ($30,000.00). This $30,000 will be paid by



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

Amica Mutual Insurance Company as follows in this paragraph. If and when this settlement is approved, Amica Mutual Insurance Company will immediately pay five thousand dollars ($5,000.00) to the parents of Linoy Badini, Korin Badini and Yonatin Badini, in settlement of their claims arising from injury to Linoy Badini. If and when this settlement is approved, Amica Mutual Insurance Company will immediately pay ten thousand dollars ($10,000.00) to the attorney for Linoy Badini, Thomas Fortune Fay. If and when this settlement is approved, Amica Mutual Insurance Company will then use the remaining fifteen thousand dollars ($15,000) to purchase an annuity from Amica Life Insurance Company; thereafter, Linoy Badini will receive a payment of $24,668.00 upon reaching the age of 18 on March 4, 2020.

3. The claims of minor, Liat Badini, have been settled by the Defendant's insurance carrier, Amica Mutual Insurance Company. The total gross amount of the settlement is thirty thousand dollars ($30,000.00). This $30,000 will be paid by Amica Mutual Insurance Company as follows in this paragraph. If and when this settlement is approved, Amica Mutual Insurance Company will immediately pay five thousand dollars ($5,000.00) to the parents of Liat Badini, Korin Badini and Yonatin Badini, in settlement of their claims arising from injury to Liat Badini. If and when this settlement is approved, Amica Mutual Insurance Company will immediately pay



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

ten thousand dollars ($10,000.00) to the attorney for Liat Badini, Thomas Fortune Fay. If and when this settlement is approved, Amica Mutual Insurance Company will then use the remaining fifteen thousand dollars ($15,000) to purchase an annuity from Amica Life Insurance Company; thereafter, Liat Badini will receive a payment of $20,964.00 upon reaching the age of 18 on February 16, 2016.

4. Korin Badini, as mother and next friend of Linoy Badini and Liat Badini, has entered into the two attached settlement agreements and releases which release all claims of the minors arising from the subject occurrence.

5. District of Columbia Code § 21-120 provides:

§ 21-120. Settlement of actions involving minor children; appointment of guardian of estate

(a) A person entitled to maintain or defend an action on behalf of a minor child, including an action relating to real estate, is competent to settle an action so brought and, upon settlement thereof or upon satisfaction of a judgment obtained therein, is competent to give a full acquittance and release of all liability in connection with the action, but such a settlement is not valid unless approved by a judge of the court in which the action is pending.

(b) A person may not receive money or other property on behalf of a minor in settlement of an action brought on behalf of or against the minor or in satisfaction of a judgment in the action, where, after deduction of fees, costs and all other expenses incident to the matter, the net value of the money and property due the minor exceeds $ 3,000, before he is appointed by a court of competent jurisdiction as guardian of the estate of the minor to receive the money or property, and qualifies as such.

Hence, the two releases, attached hereto, provided by Korin Badini, on behalf of Linoy Badini and Liat Badini, are not valid unless approved by a Judge of this Honorable Court.

WHEREFORE, the parties jointly request that this Court, pursuant to District of Columbia Code § 21-120, approve the



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

settlement of the claims of the minors, Linoy Badini and Liat Badini, and approve the full acquittance and release of all liability in the form of the attached settlement agreements and releases provided by Korin Badini with regard to all claims of the minors, Linoy Badini and Liat Badini.

Respectfully Submitted,

_____ 12/10/07
Timothy E. Howie, Esq.
D.C. Bar/Federal No. 425029
HARTEL, KANE, DeSANTIS,
 MacDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive
 Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
Counsel for Defendant

12/10/2007  _____
Thomas Fortune Fay, Esq.
(U.B. No. 23929)
601 Pennsylvania Avenue, NW
#900 South
Washington, DC 20004
Telephone: (202) 589-1300
Counsel for Plaintiffs

K:\TEH\Koren v. Young\Joint Motion for Approval of Minor Settlement 9.17.07.wpd
Our File No. 0548/0134



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205