## WARRANTY OF FIDUCIARY CAPACITY
(Attachment to Minor's Release)

THIS WARRANTY OF FIDUCIARY CAPACITY (Warranty) is an addendum to and is executed jointly with the Release. The Warranty and Release are contingent upon the Court's approval as requested in the litigation entitled Badani v Young.

1. INCAPACITY. The parties to this Warranty and Release acknowledge that Liat Badani is a minor and/or legally incompetent person. The parties acknowledge that Liat Badani is incapable of independently agreeing to and executing the terms and conditions of the Release.

2. WARRANTY OF FIDUCIARY CAPACITY. Korin Badini and Yonatan Badani as Parents and natural Guardians of Liat Badani, a minor warrant that they have the full legal and equitable power to act for and commit Liat Badani to the terms, conditions and agreements set forth in the Warranty and Release. Korin Badini and Yonatan Badani as Parents and natural Guardians of Liat Badani, a minor warrant that they are acting in the capacity of a natural guardians, or legal guardians under a valid Order of a Court having appropriate jurisdiction. Further, Korin Badini and Yonatan Badani as Parents and natural Guardians of Liat Badani, a minor warrant that where any Order of a Court is required to perfect the power they have to execute the Warranty and Release, such Order has been obtained or will be obtained. Korin Badini and Yonatan Badani as Parents and natural Guardians of Liat Badani, a minor further agree that they will provide Amica Mutual Insurance Company with documents which confirm the authority of Korin Badini and Yonatan Badani as Parents and natural Guardians of Liat Badani, a minor with respect to their capacity to execute this Warranty and Release on behalf of Liat Badani.

3. COMPREHENSION. Korin Badini and Yonatan Badani as Parents and natural Guardians of Liat Badani, a minor acknowledge that they have had the opportunity to obtain legal counsel and advice with respect to the terms and conditions of the Warranty and Release. Korin Badini and Yonatan Badani as Parents and natural Guardians of Liat Badani, a minor warrant that they execute such documents in their representative and fiduciary

capacities, and that upon their review of said documents they are in the best interests of Liat Badani. Korin Badini and Yonatan Badani as Parents and natural Guardians of Liat Badani, a minor further warrant that they are not disabled by any conflicting or contrary interests with respect to the Warranty and Release which could improperly interfere with their fiduciary judgment on behalf of Liat Badani.

4. **HOLD HARMLESS**. Korin Badini and Yonatan Badani as Parents and natural Guardians of Liat Badani, a minor agree to hold harmless and protect Amica Mutual Insurance Company and Amica Life Insurance Company from any claims or actions brought on behalf of or by Liat Badani as a result of Korin Badini and Yonatan Badani as Parents and natural Guardians of Liat Badani, a minor's lack of capacity, or any act, omission or failure on the part of the Korin Badini and Yonatan Badani as Parents and natural Guardians of Liat Badani, a minor to properly discharge their fiduciary and representative obligations to Liat Badani.

By
Korin Badini and Yonatan Badani as
Parents and natural Guardians of Liat Badani, a minor

_____
Korin Badani

_____
Yonatan Badani

As _____ to the Estate or Interests of Liat Badani

Sworn and subscribed to me on this ___7___ day of __December__ 200_7_.

_____
Notary Public  a Commissioner, etc.,

ITAMAR COHEN, a Commissioner, etc.,
Regional Municipality of York,
for Israel        Office,
and while licensed to practise
as a Foreign Legal Consultant
Expires February 23, 2009

_____
Attorney for Minor/Incompetent