## GENERAL RELEASE OF ALL CLAIMS

FOR AND IN CONSIDERATION OF the payment to Korin Badini, by Amica Mutual Insurance Company, of the sum of five thousand dollars ($5,000), and other good and valuable consideration, we, being of lawful age, have released and discharged, and by these presents do for ourselves, our heirs, executors, administrators and assigns, release, acquit and forever discharge Amica Mutual Insurance Company, Christine Young, and any and all other persons, firms and corporations, of and from any and all actions, causes of action, claims, demands, damages, costs, loss of services, expenses, compensation, and all consequential damage on account of, or in any way growing out of, any and all known and unknown personal injuries and death and property damage and other injury or damage of any nature whatsoever, resulting or to result from an accident that occurred on or about July 3, 2005 at or near the Kentucky Fried Chicken restaurant at or near 1101 South Capital Street, N.W., Washington, D.C. This releases encompasses, but is not limited to, claims regarding injuries to, and medical treatment of, Liat Badini and Linoy Badini.

WE HEREBY DECLARE AND REPRESENT that the injuries and other damages sustained may be permanent and progressive and that recovery therefrom is uncertain and indefinite, and in making this Release and agreement it is understood and agreed that we rely wholly upon our own judgment, belief and knowledge of the nature, extent and duration of said injuries and damages, and that we have not been influenced to any extent whatever in making this Release by any representations or statements regarding said injuries or damages, or regarding any other matters, made by the persons, firms or corporations who are hereby released, or by any person or persons representing him or them, or by any physician or surgeon by him or them employed.

WE UNDERSTAND that this settlement is the compromise of a doubtful and disputed claim, and that the payment is not to be construed as an admission of liability on the part of the persons, firms and corporations hereby released by whom liability is expressly denied.

IT IS FURTHER UNDERSTOOD AND AGREED that the claims being released herein include, but are not limited to, the claims contained in Case Number 1:06CV01653 filed in the Unites States District Court for the District of

Columbia, which claims we will immediately dismiss with prejudice.

WE FURTHER WARRANT that all medical bills, health insurance liens and rights of subrogation, medicare liens and rights of subrogation, medicaid liens and rights of subrogation, and all other liens and rights of subrogation, arising or to arise, directly or indirectly, from the injuries to, and medical treatment of, Liat Badini and Linoy Badini have been paid and satisfied and extinguished by me, or will be immediately paid and satisfied and extinguished by me upon receipt of the settlement proceeds. I further warrant that no person or entity has asserted, or is entitled to assert, any lien or right of subrogation, claim, or lawsuit, regarding any portion of the consideration paid pursuant to this release. I agree to defend, indemnify, and hold harmless the released parties named above and their insurers, with regard to any assertion, at any time and by any persons or entities, of any liens, rights of subrogation, claims, and lawsuits arising or to arise, directly or indirectly, from the injuries to, and medical treatment of, Liat Badini and Linoy Badini, whether or not such assertion be rightful or valid.

THIS RELEASE CONTAINS THE ENTIRE AGREEMENT between the parties hereto, and the terms of this Release are contractual and not a mere recital.

WE FURTHER STATE that we have carefully read the foregoing Release and know the contents thereof, that we have had the advice of counsel regarding this Release, and we sign the same as my own free act.

WITNESS my hand this _____ day of _____, 200__.

_____
Korin Badini

STATE OF _____:
COUNTY OF _____:

On the 7 day of December, 2007, before me, personally appeared Korin Badini, to me known to be the person described herein, and who executed the foregoing General Release of All Claims, and who acknowledged that he/she voluntarily executed the same.

_____
Notary Public
a Commissioner, etc.,

ITAMAR COHEN, a Commissioner, etc.,
Regional Municipality of York,
for Israeli Law Office,
and while licensed to practise
as a Foreign Legal Consultant
Expires February 23, 2009

-2-

My Commission Expires: Feb 23, 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

        WITNESS my hand this \_\_7\_\_ day of \_\_December\_\_, 200\_7\_.

                                                      Yonatan Badani

STATE OF _____ :

COUNTY OF _____ :

        On the \_\_7\_\_ day of \_\_December\_\_, 200\_7\_, before me, personally appeared Yonatin Badini, to me known to be the person described herein, and who executed the foregoing General Release of All Claims, and who acknowledged that he/she voluntarily executed the same.

                                          Notary Public a Commissioner, etc.,

My Commission Expires: Feb. 23 2009

                                       ITAMAR COHEN, a Commissioner, etc.,
                                       Regional Municipality of York,
                                       for Israeli Law Office,
                                       and while licensed to practise
                                       as a Foreign Legal Consultant
                                       Expires February 23, 2009

K:\TEH\Koren v. Young\Release 11.21.07.wpd