UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AVI KOREN, et al.           :
                            :
    Plaintiffs,              :
                            :
v.                          :   Case No: 1:06CV01653
                            :   (CKK/JMF)
CHRISTINE ALICE YOUNG       :
                            :
Defendant.                  :

### ORDER

THIS MATTER came to be heard upon the "Joint Motion for Approval of Minor Settlements" filed by the parties to this action; it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that, pursuant to District of Columbia Code § 21-120, the settlement of the claims of the minors, Linoy Badini and Liat Badini be and hereby are approved, and it is further

ORDERED that, pursuant to District of Columbia Code § 21-120, the two "Settlement Agreement and Release" documents which are attached hereto and by which Korin Badini, as mother and next friend of Linoy Badini and Liat Badini, has given full acquittance and release of all liability, are approved.

ENTERED this _____ day of _____, 20_____.

                                    _____
                                    Judge, United States District
                                    Court for the District of
                                    Columbia

Copies to:



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

Timothy E. Howie, Esq.
HARTEL, KANE, DeSANTIS,
 MacDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Counsel for Defendant

Thomas Fortune Fay, Esq.
601 Pennsylvania Avenue, NW
#900 South
Washington, DC 20004
Counsel for Plaintiff

K:\TEH\Koren v. Young\Order Joint Motion for Approval of Minor Settlements 10.24.07.wpd



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205