UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AVI KOREN, et al.                :
                                 :
    Plaintiffs,                  :
                                 :
v.                               :   Case No: 1:06CV01653 (CKK/JMF)
                                 :
CHRISTINE ALICE YOUNG            :
                                 :
    Defendant.                   :

## STIPULATION

The parties, by counsel, stipulate that Defendant Christine Alice Young was the sole negligent cause of the motor vehicle accident which is the subject of this lawsuit.

Respectfully Submitted,

*/s/ Howie 1-24-08*

Timothy E. Howie, Esq.
D.C. Bar/Federal No. 425029
HARTEL, KANE, DeSANTIS,
 MacDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935
Counsel for Defendant

*/s/ Thomas Fortune Fay*

Thomas Fortune Fay, Esq.
601 Pennsylvania Avenue, NW
#900 - South Building
Washington, DC 20004
Telephone: (202) 638-4534
Facsimile: (202) 589-1721
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of February, 2007 I served a copy of the foregoing by first class U.S. mail and through the ECF System to:

Timothy E. Howie, Esq.
HARTEL, KANE, DeSANTIS,
 MacDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705

*/s/ Thomas Fortune Fay*
Thomas Fortune Fay, Esq.

K:\TEH\Koren v. Young\Stipulation regarding liability 01.24.08.wpd