REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: B

| CAUSE OF ACTION: | 28:1332 Diversity-Personal Injury | | | |
|---|---|---|---|---|
| CASE NO:<br>06cv1653 | DATE REFERRED:<br>April 18, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Settlement | JUDGE:<br>Colleen Kollar-Kotelly | MAG. JUDGE<br>John Facciola |

| PLAINTIFF(S):<br>AVI KOREN, ET AL | DEFENDANT(S):<br>CHRISTINE A. YOUNG |
|---|---|

ENTRIES:

SETTLEMENT CONFERENCE SET FOR MAY 20, 2008