UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AVI KOREN, et al.

      Plaintiffs,

    v.                                  Case No. 1:06CV01653
                                          Judge Colleen Kollar-Kotelly

CHRISTINE ALICE YOUNG

      Defendant.

## ORDER

Upon the Plaintiffs' request, it is this 28th day of April, 2008

**ORDERED**, that Annette Broner, Esq., representing MedStar Health, t/a Washington Hospital Center, *is requested to* appear at the Mediation Settlement Conference before Magistrate Judge Facciola, at 2:00 p.m., Tuesday, May 20, 2008, with settlement authority regarding the Hospital Lien of Washington Hospital Center, as to Avi Koren, dated December 30, 20005

                                                                     _____
                                                                     Colleen Kollar-Kotelly
                                                                     United States District Judge

COPIES TO:
Thomas Fortune Fay, Esq.
601 Pennsylvania Avenue, NW
#900 – South
Washington, DC 20004

Timothy E. Howie, Esq.
Hartel, Kane, De Santis
Mac Donald & Howie, LLP
6301 Ivy Lane, #800
Greenbelt, MD 20770

Annette Broner, Esq.
100 Irving Street, NW, Room #EB6131
Washington, DC 20010